UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FARES KARADSHEH,

                    Plaintiff,                         Case No. 1:08CV988

v.                                                      Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States
Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties
on September 17, 2010.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate
Judge, filed September 17, 2010, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that plaintiff's application for attorney fees pursuant to the
EAJA (docket ## 16 and 18) is **GRANTED**.  Defendant shall pay plaintiff attorney fees in the
amount of **$2,556.04.**


                              _____/s/ Robert J. Jonker_____
                                   ROBERT J. JONKER
                              UNITED STATES DISTRICT JUDGE

DATED:  October 20, 2010.