UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARES KARADSHEH,

        Plaintiff,                                Case No. 1:08cv988

v.                                                Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on September 26, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 26, 2011, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that plaintiff's motion for attorney fees (docket #22) is **GRANTED** in the amount of $10,600.00.

        **IT IS FURTHER ORDERED** that upon receipt of the approved $10,600.00 attorney fee, plaintiff's counsel shall pay plaintiff $7,856.04, as reimbursement for the previous fees awarded by the Court and the SSA, and previously paid to plaintiff's counsel.


                                                        /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE

DATED:  October 24, 2011.